IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BUCKLEY, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
|     v. | : | |
| | : | |
| NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION | : | |
| d/b/a AMTRAK, | : | No. 21-2178 |
|     *Defendant.* | : | |

## ORDER

AND NOW, this 26th day of January, 2022, upon consideration of Plaintiff Michael Buckley's letter to the Court (Doc. No. 11), it is **ORDERED** that Springfield Psychological must **PRODUCE** a copy of Plaintiff Michael Buckley's complete medical file, including all treatment records and notes, diagnostic studies, correspondence, and billing information to counsel for Mr. Buckley[1] **on or before February 11, 2022**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
THE HONORABLE GENE E.K. PRATTER
United States District Judge

---

[1] Mr. Buckley has informed the Court that the above-described information should be sent to Barish Rosenthal, 1845 Walnut Street, Suite 2350, Philadelphia, PA 19103. The Court trusts that Springfield Psychological and counsel for Mr. Buckley will confer in good faith and decide on the appropriate file format, medium of exchange (whether regular mail or email), and appropriate location for delivery of the above-described information.