# Landman Corsi Ballaine & Ford p.c.

### A NEW YORK PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

CHRISTOPHER SHELDON

ASSOCIATE

TEL: (215) 561-8540
EMAIL: csheldon@lcbf.com

1617 JFK BOULEVARD

SUITE 955

PHILADELPHIA, PENNSYLVANIA 19103

TELEPHONE (215) 561-8540

FACSIMILE (215) 988-1215

www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

120 Broadway
13th Floor
New York, NY 10271
Tel: (212) 238-4800

November 8, 2022

**_Via Electronic Filing_**

The Honorable Gene E.K. Pratter
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

> Re:   *Michael Buckley v. National Railroad Passenger Corporation*
> Case No. 2:21-cv-2178

Dear Judge Pratter:

We represent defendant National Railroad Passenger Corporation in the above-referenced matter.

With the consent of Plaintiff, we write to advise the Court that this case has been resolved between the Parties. The Parties are in the process of exchanging and executing the Release.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Christopher Sheldon*

Christopher Sheldon

cc:   Samuel J. Rosenthal, Esq.

4890-5283-5646v.1