IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BUCKLEY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION | : | |
| d/b/a AMTRAK, | : | No. 21-2178 |
| *Defendant.* | : | |

## ORDER

AND NOW, this 21st day of November, 2022, upon consideration of the parties' joint letter filed on November 8, 2022, regarding the parties' resolution of this case (Doc. No. 21), it is hereby **ORDERED** that the parties provide a status update to the Court on or before **December 2, 2022**, pertaining to the status of the formal resolution of the case.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE