IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BUCKLEY,     x <br>        Plaintiff,     : <br>     v.     : <br> NATIONAL RAILROAD PASSENGER <br> CORPORATION d/b/a AMTRAK     :: <br>        Defendant.     x | Civil Action No.: 21-2178 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties herein, that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER STIPULATED**, that this Stipulation may be executed in counterparts and that this Stipulation may be filed with the Court without further notice.

| | |
|---|---|
| **BARISH ROSENTHAL** | **LANDMAN CORSI BALLAINE & FORD P.C.** |
| By: */s/ Samuel J. Rosenthal* <br>     Samuel J. Rosenthal, Esq. <br>     1845 Walnut Street, Suite 2350 <br>     Philadelphia, PA 19103 <br>     (215) 923-8900 <br>     *Attorneys for Plaintiff* | By: */s/ Christopher S. Sheldon* <br>     Christopher S. Sheldon, Esq. <br>     1617 JFK Blvd., Suite 955 <br>     Philadelphia, PA 19103 <br>     (215) 561-8540 <br>     *Attorneys for Defendant Amtrak* |
| Dated: 12/1/2022 | Dated: 12/1/2022 |

**SO ORDERED:**

_____

J.

4882-1947-1935v.1