IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BUCKLEY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION | : | |
| d/b/a AMTRAK, | : | No. 21-2178 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 5th day of December, 2022, upon consideration of the parties' Stipulation of Dismissal With Prejudice (Doc. No. 23), it is hereby **ORDERED** that the parties' stipulation (Doc. No. 23) is **APPROVED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE** and the Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**